Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
GARY LEON LIGONS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| GARY LEON LIGONS | Case No.: 2:17-cv-01283-EFB |
| Plaintiff, | [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include December 27, 2017, in which to file Plaintiff's Motion for summary Judgment; and that all other deadlines set forth in the June 23, 2017 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

DATED: November 29, 2017.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE