Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
GARY LEON LIGONS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT
# SACRAMENTO DIVISION

| | |
|---|---|
| GARY LEON LIGONS | Case No.: 2:17-cv-01283-EFB |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (SECOND REQUEST) |
| Defendant. | |

Plaintiff Gary Leon Ligons and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 15 days from December 27, 2017 to January 11, 2018, for Plaintiff to file a motion for summary judgment, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly.

-1-

| | |
|---|---|
| 1 | This is Plaintiff's second request for an extension. As the Court is aware by |
| 2 | the first extension request, Plaintiff's counsel's mother health condition has |
| 3 | required time and attention. Counsel's mother has been told of a third surgery to be |
| 4 | held in the next couple of months.  Counsel has had to get Counsel's mother's |
| 5 | issues in order so help facilitate the scheduling of the surgery requiring her time |
| 6 | and attentnion. Counsel sincerely apologizes to this Court for any inconvenience |
| 7 | this may cause. |

DATE: December 27, 2017                    Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Monica Perales*
BY: _____
Monica Perales
Attorney for plaintiff Gary Leon Ligons

DATE:  December 27, 2017       PHILLIP A.TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

/s/ *Ben A. Porter*
BY: _____
Ben A. Porter
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail by Patrick Snyder|

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and include January 11, 2018, in which to file Plaintiff's Motion for summary Judgment; and that all other deadlines set forth in the June 23, 2017 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

DATED: January 3, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE